# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

# CLOSED

| | |
|---|---|
| JEFFREY MATFU, M.D., <br><br> Plaintiff(s), <br><br> v. <br><br> TOWNSHIP OF RIVER VALE, et al, <br><br> Defendant(s). | Civil Action No.: 07-5856 (JLL) <br><br> **ORDER** |

It appearing that it has been reported to the Court that the above captioned matter has been settled:

**It is on this** 8th **day of FEBRUARY, 2010;**

**ORDERED**, that this action be and hereby is dismissed as to defendants, Rivervale Board of Education, Aaron Back, Robert Ryan, Lorraine Waldes, David Verducci and Kelly Ippolito, without costs and without prejudice to the right, upon good cause shown within **60** days, to reopen the action if the settlement is not consummated.

JOSE L. LINARES, U.S.D.J.